**U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>**
**M<small>IDDLE</small> D<small>ISTRICT</small> O<small>F</small> F<small>LORIDA</small>**
**O<small>RLANDO</small> D<small>IVISION</small>**

**SHELBY SANCHEZ,**

      **Plaintiff,**

**v.**                                                       **Case No:   6:16-cv-596-Orl-31GJK**

**GRUNDY PIZZA, INC. and WILLIAM GRAHAM,**

      **Defendants.**

## O<small>RDER</small>

This cause comes before the Court on Plaintiff's Renewed Motion for Default Final Judgment (Doc. 22), filed November 22, 2016.

On February 1, 2017, the United States Magistrate Judge issued a report (Doc. 23) recommending that the motion be granted in part. No objections have been filed.   Therefore, it is **ORDERED** as follows:

    1.   The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.   The Motion for Default Judgment is **GRANTED in part.**   The Clerk is directed to enter separate judgments as follows:

        a.   Judgment in favor of Shelby Sanchez and against Defendants, jointly and severally, for damages in the amount of $6,523.20;

        b.   Judgment in favor of Mary Lifsey and against Defendants, jointly and severally, for damages in the amount of $33,300.00;

        c.   Judgment in favor of Shelby Sanchez and Mary Lifsey and against Defendants, jointly and severally, in the amount of $640.00;

3. In all other respects, the Motion is **DENIED**.

4. After entry of judgments, the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 21, 2017.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party